UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONLAN ABU, a foreign company,
d/b/a BIG RED ORCHARD; *et al*.,

        Plaintiffs,

v.                                               Civil Case No.: 20-cv-12805
                                                   Honorable Gershwin A. Drain

JEFF MULHOLLAND,

        Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE DUE TO NOTICE OF BANKRUPTCY STAY

On January 22, 2024, the Court received notice indicating that Defendant Jeff Mulholland had filed for protection under Chapter 13 of the Bankruptcy Code. Based on that notice, the Court will administratively close the case.

Accordingly, this matter is HEREBY ADMINISTRATIVELY CLOSED without prejudice because the defendant is now in bankruptcy proceedings in which a stay is in effect.  This closing does not constitute a decision on the merits. This action may be reopened once any party provides the Court with notice that the bankruptcy stay has been lifted.

SO ORDERED.

Dated: January 23, 2024 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 23, 2024, by electronic and/or ordinary mail.
s/ Lisa Bartlett
Case Manager